BRYAN CAVE LLP, #00145700
Robert W. Shely (No. 014261)
Gregory B. Iannelli (No. 026549)
Shayna N. Fernandez (No. 027342)
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
gregory.iannelli@bryancave.com
shayna.fernandez@bryancave.com

Attorneys for Defendants Aetna Life Insurance Company and Chickering Claims Administrators Inc.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SEAN STEVEN HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and CHICKERING CLAIMS ADMINISTRATORS INC., foreign corporations,<br><br>　　　　Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　This Corporate Disclosure Statement is filed on behalf of defendants Aetna Life Insurance Company and Chickering Claims Administrators Inc. in compliance with the provisions of: (*check one*)

　　　　__X__　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

673126.1

    \_\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    \_\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

    \_\_\_\_\_ No such corporation.

    __X__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

<u>Aetna Life Insurance Company</u>

Aetna Life Insurance Company is a wholly-owned subsidiary of Aetna Inc.

<u>Chickering Claims Administrators Inc.</u>

Chickering Claims Administrators Inc. is a wholly-owned subsidiary of Aetna Inc.

    \_\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature off financial interest*. (*Attach additional pages if needed*.)

    \_\_\_\_\_ Relationship

    \_\_\_\_\_ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

/

/

/

/

/

/

673126.1

2

DATED this 29th day of July, 2010.

                                          BRYAN CAVE LLP

                                 By     s/ Gregory B. Iannelli
                                               Robert W. Shely
                                               Gregory B. Iannelli
                                               Shayna N. Fernandez
                                               Two North Central Avenue, Suite 2200
                                               Phoenix, Arizona 85004-4406

                                               Attorneys for Defendants Aetna Life
                                               Insurance Company and Chickering Claims
                                               Administrators Inc.

COPY of the foregoing electronically filed
using the CM/ECF System this 29th day of July, 2010.

COPY of the foregoing mailed
this 29th day of July, 2010, to:

Bruce G. Macdonald
Sue Ann Welch
Brian Marchetti
McNAMARA, GOLDSMITH & MACDONALD, P.C.
1670 East River Road, Suite 200
Tucson, Arizona 85718-5834
Attorneys for Plaintiff

s/ Amy Robinson

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000