# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN STEVEN HILL, a single man,<br><br>   Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, and CHICKERING CLAIMS ADMINISTRATORS, INC., foreign corporations;<br><br>   Defendants. | NO.   4:10-CV-00451-DCB<br><br>**ORDER TO AMEND CLASS ACTION COMPLAINT**<br><br><br>**(Hon. David C. Bury)** |

On stipulation of counsel,

IT IS HEREBY ORDERED that Plaintiff be allowed to file its Amended Class Action Complaint.

Dated this 6th day of December, 2010.

                  David C. Bury
                  United States District Judge